AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11831932

**RECEIVED**
By USMS District of Columbia District Court at 4:48 pm, Jul 09, 2025

United States of America
v.
SETH JASON

)
)
)
)
)
)

Case: 1:25-cr-00191
Assigned To: Judge Sullivan, Emmet G.
Assign Date: 7/9/2025
Description: INDICTMENT (B)

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SETH JASON

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 115(a)(1)(A) - Influencing Federal Official by Threatening Family Member
18 U.S.C. § 115(a)(1)(B) - Influencing Federal Official by Threat
18 U.S.C. § 875(c) - Interstate Communications with a Threat to Kidnap or Injure
47 U.S.C. § 223(a)(1)(C) - Anonymous Telecommunications Harassment

Date: 07/09/2025

*Issuing officer's signature*

City and state:   Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/09/2025, and the person was arrested on *(date)* 07/17/2025
at *(city and state)* Washington DC

Date: 07/17/2025

*Arresting officer's signature*

Stephen H. Lave  DUSM
*Printed name and title*