UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 1:25-cr-00191 (EGS)** |
| v. : | |
| : | |
| **SETH JASON**, : | |
| : | |
| Defendant. : | |

**<u>MOTION FOR AN ORDER TO DISCLOSE GRAND JURY INFORMATION</u>**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves for entry by this Court of an order permitting the disclosure of information before the grand jury to the defendant and his counsel.

The government seeks a court order permitting the disclosure of transcripts of witnesses who testified before the grand jury and related exhibits that returned the instant indictment in so far as such disclosure is necessary for the government to comply with its discovery obligations. Under Federal Rule of Criminal Procedure 6(e)(3)(E)(i): "The court may authorize disclosure—at a time, in a manner, and subject to any other conditions that it directs—of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding." Rule 6(e)(3)(F) provides certain requirements for a petition under Rule 6(e)(3)(E)(i), including that the petition be filed in the district where the grand jury convened and that the court "must afford a reasonable opportunity to appear and be heard to: (i) an attorney for the government; (ii) the parties to the judicial proceeding; and (iii) any other person whom the court may designate." The government submits that the requirements of Rule 6(e)(3)(F) are satisfied by this motion. The government further submits that such an order is appropriate because some grand jury testimony in this case constitutes material to which the defendant is entitled as part of his discovery.

The government conferred with counsel for the defendant, who consents to this motion.

Accordingly, the government respectfully requests an order authorizing the disclosure of grand jury information to the defendant and his counsel.  *See* Rule 6(e)(3)(E)(i).

        Respectfully submitted,

        Jeanine Ferris Pirro
        United States Attorney

By:    */s/ Travis Wolf*
        TRAVIS WOLF
        Assistant United States Attorney
        N.Y. Bar No. 5483243
        United States Attorney's Office
        601 D Street NW
        Washington, DC 20530
        (202) 803-1670
        Travis.Wolf@usdoj.gov